Civil- (Dec-2008)

HONORABLE: W. I. Garfinkel

DEPUTY CLERK Barrille                    RPTR/ECRO/TAPE Baldwin

TOTAL TIME: 5 hours 4 minutes
                DATE: 2/25/10      START TIME: 11:12    END TIME: 5:20
                LUNCH RECESS    FROM: 1:04    TO: 2:10
        RECESS (if more than ½ hr)    FROM: _____    TO: _____

CIVIL NO. 3:08cv479(SRU)

_V. Saltzman Interpreter_

_Peter D. Goselin_
_Elizabeth Tammy Kim_
_Benjamin Holt_

Andrade, et al

Plaintiff's Counsel

vs

_Joseph McQuade_
_Rachel Volkman Kushel_
_Natale DiNatale_

Kwon, et al

Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☐ Motion hearing              ☐ Show Cause Hearing
☑ Evidentiary Hearing         ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

| | | | | | |
|---|---|---|---|---|---|
| ☑ | #130 Motion In Limine | ☑ granted | ☐ denied | ☐ advisement |
| ☑ | #97 Motion for Prejudgment Remedy granted $15K as to L.Flores, | ☑ granted | ☑ denied | ☐ advisement |
| ☐ | # Motion Hyeon Lee dba Renaissance Nail Salon Darien, | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | # Motion denied as to all others without prejudice | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | # Motion | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | # Motion | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | # Motion | ☐ granted | ☐ denied | ☐ advisement |
| ☑ | Dft Oral Motion by Kushel,Dinatale to withdraw-without prejudice | ☐ granted | ☑ denied | ☐ advisement |
| ☐ | Oral Motion to renewal and without prejudice to Doc 114 | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | Oral Motion first motion to withdraw | ☐ granted | ☐ denied | ☐ advisement |
| ☑ | Pl Oral Motion Disclosure of Assets as to Hyeon Lee | ☑ granted | ☐ denied | ☐ advisement |
| ☐ | ☐ Briefs(s) due _____ ☐ Proposed Findings due _____ Response due _____ | | | |
| ☐ | _____ | ☐ filed ☐ docketed | | |
| ☐ | _____ | ☐ filed ☐ docketed | | |
| ☐ | _____ | ☐ filed ☐ docketed | | |
| ☐ | _____ | ☐ filed ☐ docketed | | |
| ☐ | _____ | ☐ filed ☐ docketed | | |
| ☐ | _____ | ☐ filed ☐ docketed | | |
| ☐ | Hearing continued until _____ at _____ | | | |